IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____       )
                                          )
**EBENCONCEPTS COMPANY,**                 )
    **Plaintiff,**                          )
                                          )
**v.**                                    )   **Civil Action No.** _____
                                          )
**DAVID CRUMPLER**                        )
                                          )
    **Defendant.**                          )
_____       )

### INDEX OF MATTERS FILED

Index of Matters Filed                                           Exhibit A

1. Plaintiff's Original Petition, Request for Temporary Restraining Order. and Application Temporary Injunction filed on Feb. 3, 2021.

    a. Exhibit A - Asset Purchase Agreement dated Dec. 1, 2019.

    b. Exhibit B – Asset Purchase Agreement dated Aug. 15, 2005.

    c. Exhibit C – Non-Competition Agreement dated Aug. 17, 2005.

    d. Exhibit D – Asset Purchase Agreement dated Sep. 1, 2005.

    e. Exhibit E – Notification from United Healthcare dated Jan. 12, 2021.

    f. Exhibit F – Emails between Tim Clifton and Hughes Waren dated Jan. 26, 2021.



    g. Exhibit G – Letter from United Healthcare dated Jan. 28. 2021.

    h. Exhibit H – Affidavit of Mouzon Bass III dated Feb. 1, 2021.

    i. Exhibit I – Affidavit of M. Hughes Waren, Jr. dated Feb. 2, 2021.

    j. Exhibit J – Asset List

2. Civil Case Information Sheet filed on Feb. 3, 2021.

3. Citation to Defendant issued on Feb. 4, 2021.

4. Proposed Order Granting Plaintiffs' Motion for Expedited Discovery filed on Feb. 3, 2021.

5. Temporary Restraining Order signed Feb. 3., 2021.

6. Order Granting Motion for Expedited Discovery signed Feb. 3., 2021.

7. Proposed Temporary Restraining Order filed Feb. 3, 2021.

8. Notice of Temporary Restraining Order issued Feb. 4, 2021.

9. Notice of Show Cause issued on Feb. 4, 2021.

10. Plaintiff's Motion for Expedited Discovery filed on Feb. 3, 2021.

    a. Exhibit A – Plaintiff's First Request for Production to Defendant David Crumpler

    b. Exhibit B – Plaintiff's Notice of Intent to Take Oral and Videotaped Deposition of David Crumpler

11. Corrected Temporary Restraining Order signed Feb. 3, 2021

| | |
|---|---|
| Notice of Consent | Exhibit B |
| Dallas County District Clerk, Online Docket Report | Exhibit C |

Identity of Parties and Counsel                                                                                                          Exhibit D