# EXHIBIT "J"





Crumpler_0120



Internal

Crumpler_0121



**Screen 1 (12:56, Denise):**

> Scrapping

Thu, Jan 21, 6:40 PM

> Ohhh btw...I'm guessing someone told or they got letters! Have a great evening

Oh they definitely started getting letters I'm sure. Lol!

Fri, Jan 29, 4:40 PM

Covington?

Oh she lives in Gates Four.

Eppingham Dr

**Screen 2 (Denise):**

> Yeah...sent email, 507 s McPherson is Tom Snow
> Everyone is having to sell 😂

Wait. That's Mrs. H daddy. Lord...too many ppl depending on all the fraud.

> Yup...just gander at the email...mind blowing

I thought patty had already moved after she got married.

> No...still at windward on sky

Who drove a camaro?

**Screen 3 (Denise):**

Who drove a camaro?

Dang they got his guns? #Democrats

> Chris bought that at Barrett Jackson showing off
> Never drove

Lien on Sister's house?? Dang!

> Crazy huh

Mrs H has $800k life insurance? She better be careful. Succinylxholine seems to be pretty handy according to American Greed.

> So true! You should read

**Screen 4 (12:57, Denise):**

Mrs H has $800k life insurance? She better be careful. Succinylxholine seems to be pretty handy according to American Greed.

> So true! You should read her separate request
> Courts are taking it all

My word! Its just awful. He borrowed against pattys life insurance??

Ok. I'm only on page 2. Lol

> Interesting read!

Are they really divorcing or just creatively holding some assets? What is she

Crumpler_0122

...



Crumpler_0123



**McDONALD LUMBER COMPANY, INC.**
126 Cedar Creek Road
P.O. Drawer 2185
Fayetteville, North Carolina 28302
(910) 483-0381 • FAX (910) 483-0745

January 1, 2021

UnitedHealthcare
Broker Commissions
450 Columbus Blvd.
9NB-CT030
Hartford, CT 06103

Re: Policy number 09W2430

Dear UnitedHealthcare,

On **January 1, 2021** we have appointed **David K Crumpler (Producer # 070211)** as our exclusive insurance agent for all lines of coverage. This appointment rescinds and supersedes all previous agent appointments and shall remain in force until cancelled in writing.

I understand that you will make this appointment effective on the first of the month following your receipt of this letter, and that once effective all commissions and other compensation payable from that date on will be paid to the agent appointed in this letter.

I represent that I am authorized to appoint an agent for the lines of coverage that are included in this letter.

Cheryl Macias
Printed Name

1-4-21
Date

MCDONALD LUMBER
Group Name

08P6241
Group Number/Customer Number

*Cheryl Macias* (signature)
Authorized Signature

Group Administrator
Title

Crumpler_0126
Scanned with CamScanner

**GRADING • UTILITIES • CURB & GUTTER**

January 1, 2021

UnitedHealthcare
Broker Commissions
450 Columbus Blvd.
9NB-CT030
Hartford, CT 06103

Re: Policy number 09W2430

Dear UnitedHealthcare,

On **January 1, 2021** we have appointed **David K Crumpler (Producer # 070211)** as our exclusive insurance agent for all lines of coverage. This appointment rescinds and supersedes all previous agent appointments and shall remain in force until cancelled in writing.

I understand that you will make this appointment effective on the first of the month following your receipt of this letter, and that once effective all commissions and other compensation payable from that date on will be paid to the agent appointed in this letter.

I represent that I am authorized to appoint an agent for the lines of coverage that are included in this letter.

Debra McDuffie
Printed Name

Date  1/4/2021

BILLY BILL GRADING CO
Group Name

05P5073
Group Number/Customer Number

Authorized Signature

Group Administrator
Title

1821 McArthur Road, Fayetteville, NC 28311
"Over 60 Years of Quality Sitework"
Office: 910.488.7815
Fax: 910.223.7735
Email: bbgrading@embarqmail.com

Crumpler_0127
Scanned with CamScanner

**BIG BLUE STORES**

January 1, 2021

UnitedHealthcare
Broker Commissions
450 Columbus Blvd.
9NB-CT030
Hartford, CT 06103

Re: Policy number 09W2430

Dear UnitedHealthcare,

On **January 1, 2021** we have appointed **David K Crumpler (Producer # 070211)** as our exclusive insurance agent for all lines of coverage. This appointment rescinds and supersedes all previous agent appointments and shall remain in force until cancelled in writing.

I understand that you will make this appointment effective on the first of the month following your receipt of this letter, and that once effective all commissions and other compensation payable from that date on will be paid to the agent appointed in this letter.

I represent that I am authorized to appoint an agent for the lines of coverage that are included in this letter.

Tim Clifton  
Printed Name

1/4/2021  
Date

BIG BLUE STORE  
Group Name

04G0577  
Group Number/Customer Number

Authorized Signature

Group Administrator  
Title

TEL 910-592-6707  
FAX 910-592-1289

PO BOX 1219  
149 MLK JR. BLVD.  
CLINTON, N.C. 28328

Crumpler_0128  
Scanned with CamScanner



January 1, 2021

UnitedHealthcare
Broker Commissions
450 Columbus Blvd.
9NB-CT030
Hartford, CT 06103

Re: Policy number 09W2430

Dear UnitedHealthcare,

On **January 1, 2021** we have appointed **David K Crumpler (Producer # 070211)** as our exclusive insurance agent for all lines of coverage. This appointment rescinds and supersedes all previous agent appointments and shall remain in force until cancelled in writing.

I understand that you will make this appointment effective on the first of the month following your receipt of this letter, and that once effective all commissions and other compensation payable from that date on will be paid to the agent appointed in this letter.

I represent that I am authorized to appoint an agent for the lines of coverage that are included in this letter.

Micky
Hudson                                       1-4-21
Printed Name                                  Date


MORTY PRIDE
MEATS                         00797099
Group Name                    Group Number/Customer Number

Authorized Signature          Group Administrator
                              Title



AGENT COMPENSATION UNIT
185 ASYLUM ST FL 11
HARTFORD CT 06103-3402
FAX #: (855)-663-2042

FOR CUSTOMER SERVICE PLEASE CALL 888-842-4571 BETWEEN 7AM AND 7PM CENTRAL T ME

| Producer ID: | 070211 |
|---|---|
| Producer Name: | DAVID K CRUMPLER |
| Producer Address: | PO BOX 53941 |
| | FAYETTEVILLE, NC 28305-3941 |

| Compensation Period Start Date: | | 01/20/2021 |
|---|---|---|
| Compensation Period End Date: | | 02/02/2021 |
| EFT Settlement Date: | | 02/08/2021 |
| EFT Account Number: | % | Amount |
| ********4436 | 100 | $1,420.77 |

## Compensation Statement Summary

| Current Compensation | YTD Compensation |
|---|---|
| $1,420.77 | $1,420.77 |

## Compensation Statement Detail

| Beginning Balance: | $0.00 |
|---|---|

### Base Commission and Service Fee Detail

**Small Business**

| Cov Type | Bill Eff Date | Billed Premium | Paid Premium | Sub count | Adj Typ | Iss St | Method | Rate | Split % | Comp Typ | Bus Type | Billed Fee Amount | Customer Paid Fee | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Renewal** | | | | | | | | | | | | | | |
| Writing Agent | 070211-01 | CRUMPLER, DAVID K | | | | | | | | | | | | |
| Customer 08P6467 | | Customer Name MCDONALD LUMBER CO. | | | | | | | | | Orig Eff Date 12/01/2012 | | | |
| Med | 02/01/2021 | $28,325.29 | $28,325 29 | 38 | V | NC | PEPM | $27.00 | 100% | Comm | Comm | | | $1,026.00 |
| Lif | 02/01/2021 | $366.69 | $366 69 | 40 | V | NC | POP | 10.00% | 100% | Comm | Comm | | | $36.67 |
| Lif | 02/01/2021 | $14.38 | $14 38 | 40 | V | NC | POP | 10.00% | 100% | Comm | Comm | | | $1.44 |
| Customer: 08P6467 | | MCDONALD LUMBER CO. | | | | | | | | | | | Sub-total | $1,064.11 |
| Customer 0797099 | | Customer Name MORTY PRIDE MEATS | | | | | | | | | Orig Eff Date 11/01/2009 | | | |
| Med | 02/01/2021 | $8,710.53 | $8,710 53 | 13 | V | NC | PEPM | $27.00 | 100% | Comm | Comm | | | $351.00 |
| Lif | 02/01/2021 | $9.75 | $9.75 | 13 | V | NC | POP | 10.00% | 100% | Comm | Comm | | | $0.98 |
| Lif | 02/01/2021 | $46.80 | $46 80 | 13 | V | NC | POP | 10.00% | 100% | Comm | Comm | | | $4.68 |
| Customer: 0797099 | | MORTY PR DE MEATS | | | | | | | | | | | Sub-total | $356.66 |
| Writing Agent: 070211-01 | | CRUMPLER, DAVID K | | | | | | | | | | | Sub-total | $1,420.77 |
| **Total** | | | | | | | | | | | | | | $1,420.77 |
| Total | | | | | | | | | | | | | | $1,420.77 |

| Base Commission and Service Fee Detail Total: | $1,420.77 |
|---|---|
| Detail Total: | $1,420.77 |
| **Statement Total:** | **$1,420.77** |
| **Payment:** | **$1,420.77** |
| **Ending Balance:** | **$0.00** |

| | Adjustment Type Description | | | | |
|---|---|---|---|---|---|
| A | AOR Change | I | Base State Changed | Q | New comp. data Transaction |
| B | Adding merge AOR | J | Transaction Reversal | R | Net Negative Adjustment |
| C | AOR Voided | K | Member Type Change | S | Sliding Scale Adjustment |
| D | Customer or Producer Hold Placed | L | Rate Change | T | Remove Net Negative Transaction |
| E | Customer or Producer Hold Voided | M | Rate Voided | U | Migration Adjustment |
| F | Customer or Producer Hold Released | N | Force Net Negative Transaction | V | Payment |
| G | License and Appointment Hold Released | O | Override Termed | W | Adjustment |
| H | Base State Voided | P | Override Voided | X | Refund |

Crumpler_0130