IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| EBENCONCEPTS COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-00285-M |
| | § | |
| DAVID CRUMPLER and DENISE | § | |
| DELEMAR a/k/a DENISE WILLIAMS | § | |
| a/k/a DENISE CARGILE, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT DENISE DELEMAR ONLY

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Ebenconcepts Company ("Eben" or "Plaintiff") files this Notice of Dismissal of Claims Against Defendant Denise Delemar Only and hereby dismisses, without prejudice, Eben's claims against Denise Delemar only.

Plaintiff's claims against Defendant David Crumpler are not affected by this filing.

Dated: April 16, 2021

Respectfully submitted,

_____
Jose M. Portela
State Bar No. 90001241
jose@stantonllp.com
James M. Stanton
State Bar No. 24037542
jms@stantonllp.com
Jennifer Salim Richards
State Bar No. 24079262
jrichards@stantonllp.com

STANTON LLP
1717 Main Street
Suite 3800
Dallas, Texas 75201
Telephone: (972) 233-2300
Facsimile: (972) 692-6812

**ATTORNEYS FOR EBENCONCEPTS COMPANY**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on all counsel of record on April 16, 2021.

_____
Jose M. Portela